

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number **703-220-5862**, that are stored at premises controlled by **AT&T WIRELESS**, located at **11760 US Highway 1, Suite 600, North Palm Beach, FL 33408**.